JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 16 2008

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re ) | |
| ) | |
| EGG ANTITRUST LITIGATION ) | MDL Docket No. 2002 |
| ) | |
| ) | |

### Rule 5.3 Corporate Disclosure Statement

Plaintiff and Movant Somerset Industries, Inc. ("Somerset") is a private corporation that has no parent corporation. Additionally, none of Somerset's stockholders are publicly held corporations that own more than ten percent of Somerset's stock.

Dated: September 29, 2008

Respectfully submitted,

*/s/ Stephen R. Neuwirth*
Stephen R. Neuwirth

| | |
|---|---|
| Mel E. Lifshitz | Sami Rashid |
| Ronald J. Aranoff | Quinn Emanuel Urquhart Oliver& |
| Dana Statsky Smith | & Hedges, LLP |
| BERNSTEIN LIEBHARD & | 51 Madison Avenue |
| LIFSHITZ, LLP | New York, New York 10010 |
| 10 East 40th Street, 29th Floor | (212) 849-7165 |
| New York, New York 10016 | (212) 849-7100 (fax) |
| (212) 779-1414 | stephenneuwirth@quinnemanuel.com |
| (212) 779-3218 (fax) | samirashid@quinnemanuel.com |
| lifshitz@bernlieb.com | |
| aranoff@bernlieb.com | *Attorneys For Plaintiff Somerset Industries, Inc.* |
| dsmith@bernlieb.com | |

OFFICIAL FILE COPY

IMAGED OCT 16 2008

Jonathan Shub
SEEGER WEISS LLP
1515 Market Street
Philadelphia, PA 19102
(215) 564-2300
jshub@seegerweiss.com

Stephen A. Weiss
Seeger Weiss LLP
1 William Street
New York, New York 10004
(212) 584-0700
sweiss@seegerweiss.com